156 A.3d 177

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RYAN MCERLEAN, DEFENDANT–PETITIONER.

November 9, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001045–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.